IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM M. HEFLEY,

      Petitioner,

                                    Case No. 5D23-1692

v.                                  LT Case No. 2017-CA-689

CHRISTOPHER HOLMQUIST,

      Respondent.

_____/

Decision filed June 6, 2023

Petition for Writ of Prohibition,
Michael J. Rudisill, Respondent Judge.

William M. Hefley, Lake Mary, pro se.

Michael M. Brownlee, of The Brownlee
Law Firm, Orlando, for Respondent.

PER CURIAM.

     DENIED.

MAKAR, BOATWRIGHT and MACIVER, JJ., concur.